(July 3, 1980)

■ ARNOTT-BENNIS, INC., Respondent-Appellant, v ADAM ARNOTT et al., Respondents-Appellants.—Order, Supreme Court, New York County, entered on January 22, 1980, unanimously affirmed on the opinion of Wallach, J., at Special Term, without costs and without disbursements. Concur—Murphy, P. J., Kupferman, Markewich and Silverman, JJ.

■ CHARLES CASTRO, Individually and as Administrator of the Estate of JUDITH CASTRO, Deceased, Respondent, v MOUNT SINAI HOSPITAL et al., Appellants, et al., Defendants.—Appeal from the order, Supreme Court, New York County, entered on January 26, 1979, withdrawn. Concur—Murphy, P. J., Kupferman, Markewich and Silverman, JJ.

■ In the Matter of the ATTORNEY-GENERAL OF THE STATE OF NEW YORK, Respondent, v CURTIS KATZ et al., Appellants.—Order, Supreme Court, New York County, entered on June 2, 1980, unanimously affirmed, without costs and without disbursements, and without prejudice to a motion to vacate if the Attorney-General fails to proceed expeditiously. No opinion. Concur—Murphy, P. J., Kupferman, Fein, Sullivan and Carro, JJ.

■ EDWARD A. WAGNER, Respondent, v NFS FINANCIAL SERVICES, INC., Appellant, and NFS SERVICES, INC., Defendant and Third-Party Plaintiff-Appellant. CHARLES NAGY, Third-Party Defendant-Respondent.—Order, Supreme Court, New York County, entered on May 14, 1980, unanimously affirmed. Respondents shall recover of appellant one bill of $50 costs and disbursements of this appeal. Appeal from the order of said court entered on April 1, 1980, unanimously dismissed as academic, without costs and without disbursements. No opinion. Concur—Murphy, P. J., Kupferman, Fein, Sullivan and Carro, JJ.